# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Timothy N. Ellerby,

    Plaintiff(s),

vs.

Branch Banking and Trust Co., Inc.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04cv149

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 3, 2005 Order.

November 4, 2005

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk